# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

FILED
JUN 1 0 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE _Central_ DISTRICT OF _Illinois_

(Full name of plaintiff(s))

_Justin Troy Henry_

v.

(Full name of defendant(s))

_Vermillion County Sheriff's Department_

Case Number:

_____

(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of _Indiana_, and is located at
     (State)

     _600 W Honey Creek Dr. Terre Haute, IN 47802_
     (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant _Vermillion County Sheriffs Office_
     (Name)

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___1888 S. State Road 63   Hillsdale, Indiana 47854___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

On February 24th, 2023 plaintiff Justin T Henry + his wife Samantha Leigh Henry while being pursued by police in Illinois crossed into Vermillion County Indiana. Officer Joey Wilson (VCSO) while in pursuit as plaintiff slowed down tried to perform PIT maneuver @ 85mph on a heavily wooded steep embankment. Upon plaintiff stopping near Dana, IN officer Wilson + plaintiff Justin Henry exited there vehicles. Officer Wilson upon unholstering his weapon discharged it + shot himself in leg + foot, + fired numerous shots at plaintiff, plaintiffs wife, + officer Keith Warner of VCSO plaintiff fired two shots in air while fleeing and also being shot at by Chad Heanis (VCSO). Officer Wilson led other officers to believe plaintiff had shot him which escalated the situation as other officers arrived plaintiff fled to a nearby machine shed and found a dump truck

he then started dump truck. Officer Strader VCSO radioed plaintiffs location & that he heard a truck started. plaintiff then shut off truck & tried to find a place to hide. almost 20 minutes passed no commands were given to exit building plaintiff again got in truck but front wheel was caught on a mower deck with rear of truck against shed door. After going foward & backward several times to free front wheel truck rolled over mower deck & shed door was struck placing it on top of dump truck. Plaintiff had one hand on steering wheel & one hand on gear shift (visible) gun was on the floorboard. upon hitting door and freeing front wheel plaintiff was shot by Charles Murphy (Indiana State Police), Shawn Richard Cloven (Parke County Sheriff) Ian Redman (Rockville PD), Ethan Ryan Stonebreaker (Fountain Co Sheriff), Keith Warner & Chad Hranis VCSO with assault rifles plaintiff placed his hands in & out drivers window & then a ceasefire was called at this point an unnamed officer (possibly officer Warner or Hranis VCSO) jumped onto passenger side step & fired 3 shots into plaintiffs back while his hands were up. No one interviened and this was in retaliction plaintiffs believes for Officer Wilson misleading them into thinking plaintiff shot one of there fellow officers Plaintiff was shot 28 times and coded 3 times having to be lifelined to IU methodist in Indianapolis In August 2023 plaintiff sent notice of tort to VCSO, Indiana Attorney General (file# 2023-0659108), and Indiana Political Subdivision Risk Management Commission

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like VCSO + officer Wilson to publicly admit he shot himself + at his fellow officer both of which I'm accused of. I would like the person who shot me 3 times with my hands up after the ceasefire to face criminal prosecution. All agency's present that night to recieve training in deescalation procedures. I want Indiana State Police to find the missing shotgun and explain how it wasn't put into evidence. Would like to recieve any necessary medical care, surgeries, physical therapy, counceling, ect. Would like my wifes mental health counceling to be addressed too for almost being shot by officer Wilson.

E.   JURY DEMAND

☒   Jury Demand - I want a jury to hear my case
          OR

☐   Court Trial – I want a judge to hear my case

Dated this __3rd__ day of __June__ 20__24__.

Respectfully Submitted,

_____Justin T. Henry_____
Signature of Plaintiff

_____40294_____
Plaintiff's Prisoner ID Number

C/o Vigo County Jail
600 W. Honey Creek Dr
Terre Haute, IN 47802
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____Justin Henry_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

## FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Justin Henry
c/o Vigo County Jail
600 W Honey Creek Drive
Terre Haute, IN 47802



INDIANAPOLIS I
5 JUN 2024

Clerk of the U.S. District Court
218 U.S. Courthouse
201 S. Vine Street
Urbana, Illinois 61802

61802-331799