Case 2:24-cv-00305-JRS-MG   page 1   Amended Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JUSTIN T. HENRY )
    Plaintiff, )
)
CHARLES M. MURPHY )
KEITH WARNER ) No. 2:24-cv-00305-JRS-MG
CHAD A. HENNIS )
JOSEPH M. WILSON )
ETHAN R. STONEBRAKER )
SHAWN R. CLOVER )
IAN REDMAN )
JOHN DOE(s) )
    Defendants,

## AMENDED COMPLAINT

A. Parties

1) Plaintiff is a citizen of INDIANA, and is located at 600 W. Honey Creek Dr. Terre Haute, IN 47802

2) Defendant(s)

<u>Charles M. Murphy</u> a citizen of INDIANA is Indiana State Police Master Trooper 1010 N. 7th St. Clinton, IN 46637 (Individual + Official capacity)

<u>Keith Warner</u> a citizen of INDIANA is Vermillion County Sheriffs Office Deputy 1880 S. 63 State Rd Hillsdale, IN (Individual + Official capacity)

<u>Chad A. Hennis</u> a citizen of INDIANA is Vermillion County Sheriffs Office Chief Deputy 2664 North 50 East Cayuga, IN 47928 (Individual + Official Capacity)

<u>Joseph Micheal Wilson</u> a citizen of INDIANA is Vermillion County Sheriffs Office Deputy 814 W. Curtis St. Cayuga, IN 47928 (Individual + Official Capacity)

<u>Ethan Ryan Stonebraker</u> a citizen of INDIANA is Fountain County Sheriffs Office Deputy 277 North 250 East Veedersburg, IN 47987 (Individual + Official Capacity)

<u>Shawn Richard Clover</u> a citizen of INDIANA is Parke County Sheriffs Office Deputy 458 W. Strawberry Rd. Rockville, IN 47872 (Individual + Official Capacity)

<u>Ian Redman</u> a citizen of INDIANA is Assistant Police Chief Rockville Police Department 416 S Jefferson St. Rockville, IN 47872 (Individual + Official Capacity)

<u>John Doe(s)</u> a citizen of INDIANA/ILLINOIS is unknown agency(s) unknown address (Individual(s) + Official Capacity)

Case 2:24-cv-00305-JRS-MG   page 2   Amended Complaint

* Each Defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

B. Statement of Claim

The following events occured Friday February 24, 2023 between the hours of approximately 19:13 - 19:35 at 1456 West 700 South Dana, IN 47847 State Road 71 and West CR 700 South lat. 39.782225/long. -87.494389

On Friday Plaintiff was fleeing from a traffic stop in Illinois and was pursued into Indiana. At the address above at approximately 19:11 plaintiffs car ran out of gas and he exited vehicle. Plaintiff had warrant in Illinois for Attempted Murder and upon exiting his car fired two shots into air and continued fleeing. Joseph Wilson was behind plaintiff approximately 30 yards behind plaintiffs car. Upon exiting his vehicle officer Wilson sustained an injury to his upper right calf and right big toe, below his holster. There was a long tear in his pants and a bullet hole thru the top and bottom boot of his right foot sustained as he stood across from plaintiff, behind his door, which could not have come from plaintiff. Officer Wilson then claimed plaintiff shot him; Wilson shot an additional 9-10 rounds at plaintiff as he was fleeing almost striking a civilian in plaintiffs car, people inside the house, and his fellow officer Warners vehicle. Officer Heunis then also shot at plaintiffs back as he was fleeing 3 times. At no times were any verbal commands given. Plaintiff then fled into a nearby machine shed without a phone feeling after no commands given and being shot at from behind that continuing to hide or flee was the only option to stay alive. Upon entering machine shed plaintiff started a piece of farm machinery (grain truck) then shut it off and tried to hide or figure out how to surrender. It is from this point on plaintiff believes his civil rights were violated as the circumstances changed. My ability to escape was very low. No more civilians were in danger. Plaintiffs alledged victim in Illinois was with him, unharmed, voluntarily, of her own free will. There were over 20 officers who knew my location, knew I was accessing farm equipment with "reverse chimes". These officers had barn surrounded.

Case 2:24-cv-00305-JRS-MG    page 3    Amended Complaint

Statement of Claim (continued)

They knew there were two exit points. They knew I was armed with a pistol. They knew there were 30-40 additional officers on scene blocking all access points. They could've placed a vehicle or spike strip in front of the door (large). These officers are trained in firearms use, tactics, effective range of pistol fire. They had body armor, were concealed behind cover, had fully automatic assault rifles with red dot, acog, and other nighttime enhanced scopes (game spotter). They knew there was a helicopter on route and K9 units on scene. Some even had kevlar helmets. They had a vastly superior forces, training, weaponry, and tactics at this point. They also were approximately 50 yards away behind cover and unknown to the plaintiff. They by there own admission did not want to give up concealment, or display lights, or give any verbal commands. Officer Warner and Hennis saw the farm machinery moving in barn but did not try to give any commands to surrender, to shut off vehicle, to deescalate the situation. Plaintiff had no idea such a force awaited stealthily in the dark. As I tried to free the front passenger tire from a brush hog mower deck for several minutes, truck, finally got unstuck and the barn door went on top of grain truck. The reverse chimes were heard as I backed up. The officers claim to hear a loud bang or feared being run over from farm machinery with back up chime, while being 50 yards away behind cover with their location hidden from plaintiff. They also are very well aware of what a pistol firing sounds like so these claims are obsurd. Officer Warner, then Hennis, without any verbal commands began shooting at me. Officer Redman, Clover, and Stonebraker, John Doe followed suit, none of them giving verbal commands! Officer Stonebraker fired 20 plus rounds into the drivers side door with my hands visible.

Case 2:24-cv-00305-JRS-MG    page 4    Amended Complaint

Statement of Claim (continued)

A "cease fire" was then called and prior to that plaintiff had both hands sticking out window with his head (as he was being shot). Officer Murphy then fired 3 more rounds, striking me, after ceasefire. Then as officers hold both my left and right hands Officer Warner states "if he moves blow his F...ing head off," showing his true desire and intention. These officers casually walked toward me, firing automatic weapons, breaking cover as they clearly weren't concerned for their safety as I posed no immediate threat. Officer Wilson failed to intervene by reporting truthfully what happened. John Doe(s), Officers Warner, Hennis, Clover, Redman, and Murphy fired with malicious intent for what they perceived happened to Officer Wilson. Officer Stonebraker, after multiple tours in Afganastan while in the Military, just wanted in on the action because everyone else was shooting. This was clearly excessive to the force needed and was objectively unreasonable. I was given no alternative method to surrender without being shot while backing up a grain truck in reverse I posed a very minimal threat to them and should've been afforded at least one opportunity to surrender once they had the barn surrounded. As a result of the excessive force used I suffered 28 GSW's. Between 2047-2054 I became brady cardiac, my pulses were lost, and CPR was administered. I was taken via lifeline to IU methodist and was unconscious for several days and spent almost 6 weeks there before being transported to Vermillion County jail. Once there I daily went thru 2½ hours of dressing changes for several months having to learn to walk. I couldn't have been injured any worse and lived. There are numerous photos of my wounds and hospital records to show my injuries. There is also ample body camera footage, after shooting interviews and statements to be able to prove to a jury that excessive force was used in violation of my rights. Officers involved even broke policy to protect themselves from civil litigation violating "after shooting" police procedure.

Ammended Complaint

C. **JURISDICTION**

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want impartial investigation, which could be with a jury through this court, to see if these officers violated my civil rights. I would like to receive necessary surgery(s) to bring me to how I was prior to this including left index finger, removal of bullet fragments still in me and any additional/future medical procedures, plus to receive physical therapy and pain management which I can't receive now. I would like them to be responsible for my past and future medical expenses. I would also like compensation for the physical and emotional trauma this caused. I would like the officers to face sanctions or discipline to prevent others in the future from thinking that as long as they use the correct verbatim, they can in essence become judge, jury, and executioner, with no fear of consequence, in retaliation for a presumed harm or threat against themselves or other officers. I would like them to publicly admit their mistakes. I would like the agencies that employ these officers to install and admonish and enforce current and future policy and train officers in deescalation techniques. I would like my wife compensated for any emotional trauma she endured listening to me being shot and the officers talking about it to her afterwards. I would like officers Warner, Wilson, Hennis, and Murphy to have to tell the truth in my current criminal case regarding this event or any future criminal or appellate action I must take regarding these events. I have no ill will towards these officers, but I hope that they can learn to do better and be held to a higher standard in the future. Thank you

Case 2:24-cv-00305-JRS-MG   Document 19   Filed 12/30/24   Page 6 of 8 PageID #: 53
Case 2:24-cv-00305-JRS-MG   Document 17-1   Filed 12/09/24   Page 6 of 8 PageID #: 43

*Amended Complaint*       *Page 6*

E. **JURY DEMAND**

☒ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this _25th_ day of _December_ 20_24_.

Respectfully Submitted,

_Justin T. Henny_
Signature of Plaintiff

_40294_
Plaintiff's Prisoner ID Number

_600 W. Honey Creek Dr._
_Terre Haute, IN 47802_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Justin Henry
600 W. Honey Creek Dr.
Terre Haute, IN 47802

FILED
DEC 30 2024
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA



THE OFFICE OF THE
CLERK OF THE U.S DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

46204$1999 C009

LEGAL

INMATE MAIL
VIGO COUNTY JAIL
600 W. HONEY CREEK DRIVE
TERRE HAUTE, IN 47802

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019